UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| VLADIMIR KLEITMAN, | Civil No. 10-0108 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED PARCEL SERVICE, INC. AND BROADSPIRE SERVICES, INC., | |
| Defendants. | |

_____

Bryce Johnson, **GRIFFEL & DORSHOW, CHARTERED**, 1809 South Plymouth Road, Suite 333, Minnetonka, MN 55305, for plaintiff.

Deborah Ellingboe, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on April 2, 2010 [Docket No. 16].

**IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** and each party is to bear its own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 5, 2010
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                            United States District Judge